NUMBER 13-05-058-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

IN RE: M.G.S., A CHILD
____________________________________________________________________

On appeal from the 206th District Court
of Hidalgo County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, Maria Del Carmen Salazar Rodriguez, perfected an appeal from a
judgment entered by the 206th District Court of Hidalgo County, Texas, in cause
number CW-030-03-D. After the clerk’s record was filed, appellant filed a motion to
dismiss the appeal. Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                                                          PER CURIAM
Memorandum Opinion delivered and filed 
this the 7th day of April, 2005.